IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00105-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD LEE GURULE,

    Defendant.

---

### ORDER FOR WRIT OF *HABEAS CORPUS AD PROSEQUENDUM*

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce RICHARD LEE GURULE, 31 years of age, DOC #132277, before a United States Magistrate Judge forthwith, for proceedings and appearances pursuant to the supervised release violation petition, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 11TH day of February, 2010.

                                            */s/ Michael J. Watanabe*
                                            UNITED STATES MAGISTRATE JUDGE
                                            UNITED STATES DISTRICT COURT
                                            DISTRICT OF COLORADO

                                            **MICHAEL J. WATANABE**
                                            **U.S. MAGISTRATE JUDGE**
                                            **DISTRICT OF COLORADO**