IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00105-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD LEE GURULE,

    Defendant

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Wednesday, April 28, 2010 at 9:00 a.m.**

    Dated: March 3, 2010